**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANNETTE KNISPEL,

Plaintiff,

v. Case No.: 6:25-cv-01079-ACC-LHP

THE UNITED STATES OF AMERICA,

Defendant,

---

**ORDER**

This cause comes before the Court on the United States' Time-Sensitive Motion to Extend Defendant's Expert Report Deadline. Doc. No. 30. The motion asks for an extension of the United States' expert disclosure deadline given Plaintiff's last-minute cancelation of her July 31, 2026 deposition. *Id.* According to the Local Rule 3.01(g) certificate, Plaintiff's counsel "would need to think about whether she opposes the relief sought." *Id.* at 4.

Upon consideration of the motion, the Court issued an Order directing the parties to confer on the date of Plaintiff's rescheduled deposition, and to file a joint notice setting forth the date, time, and location of same. Doc. No. 31. In response, the parties have filed a joint notice stating that the deposition will take place on August 25, 2026, via Zoom, at 12:00 p.m. Doc. No. 32. The United States has also

filed a Supplemental Rule 3.01(g) Certification, stating that Plaintiff does not oppose an extension of Defendant's expert report deadline until fourteen (14) days after Plaintiff's deposition. Doc. No. 33.[1]

Upon consideration of the notice (Doc. No. 32) and supplement (Doc. No. 33), and noting that the United States' motion (Doc. No. 30) is now unopposed, the Court finds the request for an extension of the United States' expert report deadline well taken and supported by good cause. *See* Doc. No. 22, at 5; Fed. R. Civ. P. 16(b)(4). Accordingly, it is **ORDERED** as follows:

1. The United States' Time-Sensitive Motion to Extend Defendant's Expert Report Deadline (Doc. No. 30) is **GRANTED**.

2. Plaintiff's deposition shall take place on **August 25, 2026, at 12:00 p.m., via Zoom**, as set forth in the joint notice. *See* Doc. No. 32. Plaintiff is cautioned that failure to appear at her deposition may result in the imposition of sanctions. *See* Fed. R. Civ. P. 37(d)(1).

[1] The supplement also suggests that Plaintiff seeks an extension of the discovery deadline. Doc. No. 33. That relief was not requested by the United States' motion (Doc. No. 30), however, and the Court does not further address it on the present filings. The request, to the extent appropriate, may be made by separate motion in full compliance with all applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders. The Court directs the parties to the Middle District Discovery Handbook, which states: "Counsel, by agreement, may conduct discovery after the formal completion date but should not expect the Court to resolve discovery disputes arising after the discovery completion date." Middle District Discovery (2021) § (I)(F).

3. The United States' deadline to disclose its expert report(s) is extended up to and including **September 8, 2026**. No other deadlines set forth in the Case Management and Scheduling Order ("CMSO")—including the September 8, 2026 discovery deadline and the September 21, 2026 deadline for dispositive motions—are extended by this Order. *See* Doc. No. 22. Nor will this Order provide good cause to support a request for an extension of these or any other deadlines set forth in the CMSO.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record