**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANNETTE KNISPEL,

Plaintiff,

v. Case No.: 6:25-cv-01079-ACC-LHP

THE UNITED STATES OF AMERICA,

Defendant,

---

**ORDER**

Before the Court is Plaintiff's Motion to Compel the Deposition of Dr. Stuart B. Krost, for Extension of the Discovery Deadline, and Incorporated Memorandum of Law, filed on September 8, 2026, the date that discovery closed. Doc. No. 37. *See also* Doc. No. 22. By the motion, Plaintiff requests an Order: "(i) compelling the deposition of her treating physician, Stuart B. Krost, M.D., to proceed at 4:00 p.m. on a mutually agreeable date, and (ii) extending the discovery deadline by 60 days to permit completion of Dr. Krost's deposition, the depositions of Defendant's medical experts, Matthew H. Berlet, M.D., Kevin Farmer, M.D., and Jonathan A. Hyde, M.D., and the depositions of Defendant's non-medical experts, Ying Lu, PhD, and Brian Desrosiers, MBA, CSP, OHST, CPSA, CCPSC." *Id.* at 1. The motion also

states that Plaintiff's counsel "is separately coordinating the deposition of Regina M. Solis, M.D., another treating physician." *Id.* at 3.

Because Defendant's position on the motion was unclear, the Court ordered the parties to conduct a substantive conferral and file a joint status report, to include any agreed dates for the depositions discussed in the motion. Doc. No. 40. The parties timely complied. Doc. No. 46. In the joint status report, the parties state that Dr. Farmer's deposition was conducted on September 8, 2026, and they have agreed that the depositions for Dr. Berlet, Dr. Hyde, Brian Desrosiers, Dr. Lu, and Dr. Krost shall proceed between September 29, 2026 and October 7, 2026. *Id.* at 2. They are still coordinating the final deposition of Dr. Solis, which they agree to conduct by October 23, 2026. *Id.* The joint status report also states, however, that Plaintiff now wishes to add additional depositions to the requests made in her motion, to wit, the depositions of her own non-retained experts, Drs. Taylor, Riascos, Templeton, and Adkins. *Id.* at 2–3. Defendant opposes these additional depositions. *Id.*

Upon consideration, and for good cause shown, Plaintiff's motion (Doc. No. 37) will be **GRANTED in part**, to the extent that the discovery period will be extended for the **sole and limited** purpose of conducting the depositions outlined in the motion, to include the depositions of Dr. Berlet, Dr. Hyde, Brian Desrosiers, Dr. Lu, and Dr. Krost, on the dates agreed to by the parties, and the deposition of Dr. Solis, to occur on or before October 23, 2026. However, to the extent that

Plaintiff now seeks to conduct additional depositions outside of those listed in the motion, as set forth in the joint status report (Doc. No. 46), the request is **DENIED**. The Court does not find the additional depositions encompassed in the original motion as those depositions are nowhere mentioned (Doc. No. 37), and thus the motion does not establish specific reasons why that additional discovery is necessary, nor any diligence in pursuing that discovery. *See* Doc. No. 22, at 5 (requiring that additional discovery be necessary for specified reasons); *see also* Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam) ("This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." (internal quotation marks omitted)). Plaintiff's attempt to supplement the motion (Doc. No. 37), by the joint status report (Doc. No. 46), is not well taken.

The depositions addressed in this Order will not be available for summary judgment purposes, including responses and replies. *See* Doc. No. 22, at 5.[1] This Order will not provide good cause for the request for continuance of any case deadlines, nor may any party rely on this Order in any forthcoming motion to extend any remaining case management deadlines.

---

[1] The Court notes that the summary judgment deadline expired September 21, 2026. Doc. No. 22. Although the United States filed a motion to extend that deadline, Doc. No. 42, the Court denied that request without prejudice, Doc. No. 43, and the motion has not been renewed.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record